*Jeffrey R. Babbin* and *Kenneth D. Heath,* in opposition.

Decided October 19, 2004

MARY CARRANO, ADMINISTRATRIX (ESTATE OF PHILLIP J. CARRANO, JR.), ET AL. *v.* YALE-NEW HAVEN HOSPITAL ET AL.

The defendants' cross petition for certification for appeal from the Appellate Court, 84 Conn. App. 656 (AC 22644), is denied.

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

*Jeffrey R. Babbin* and *Kenneth D. Heath,* in support of the cross petition.

*Thomas J. Weihing, John T. Bochanis* and *Thomas E. Mangines,* in opposition.

Decided October 19, 2004

STATE OF CONNECTICUT *v.* ANTHONY RIVERA

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 245 (AC 23227), is denied.

*Jennifer Vickery,* special public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 19, 2004